**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1751

WILLIAM SANFORD GADD,

Plaintiff - Appellant,

versus

GARY J. THORSON; NADINE THORSON,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, District Judge. (CA-99-1145-1)

Submitted: October 12, 2000          Decided: October 18, 2000

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Sanford Gadd, Appellant Pro Se. McGinnis Edward Hatfield, Jr., Bluefield, West Virginia; Gil Shuga, Chandler, Arizona, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Sanford Gadd appeals the district court's order granting the Defendant's motion to dismiss his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gadd v. Thorson, No. CA-99-1145-1 (S.D.W. Va. May 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED